IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER WHITE and CRAIG WHITE, her husband, | ) UNITED STATES DISTRICT COURT<br>) DISTRICT OF NEW JERSEY<br>) Civil Action # 2:09-cv-02405-WHW-CCC |
| Plaintiffs, | ) |
| vs. | ) Civil Action |
| Wal-Mart of Newton, and Wal-Mart Stores East, L.P., John Doe I-X and ABC Corporation I-10, meant to indicate persons or entities who had control, maintenance, construction, manufacturing, installation or other responsibilities regarding the sign which caused the plaintiff's injury, | ) **STIPULATION OF DISMISSAL** |
| Defendants. | ) |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice, against Craig White only.

FRANCIS M. SMITH, ESQ., P.C.                MCDONNELL & ASSOCIATES, P.C.

By _____               By _____
Francis M. Smith, Esq.                      Roberto Paglione, Esq.
Attorney for Plaintiffs                     Attorney for Defendants